**COREY STARK, PLLC**
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021

| | |
|---|---|
| TELEPHONE: | (212) 324-3705 |
| FACSIMILE: | (646) 219-7389 |
| EMAIL: | COREY@CSTARKLAW.COM |

www.cstarklaw.com

January 28, 2021

**By ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

    Re: *Wagh v. Wilkie*
       18 Civ. 07726 (RWL)

    I am a member of Corey Stark PLLC, attorneys for plaintiff, Moshe Wagh, in the above-referenced action. I write jointly with defendant's attorney to request an extension of the deadline for the submission of the proposed Joint Pretrial Order ("JPTO") currently set for tomorrow to February 12, 2021. This is the third request for an adjournment.

    Despite having provided defendant's attorney with my client's portion of the JPTO on December 8, 2020, and having asked repeatedly thereafter for defendant's portion of the JPTO and comments on the common sections, I have only just now been provided with it. Defendant's counsel informed me that she was unable to provide it earlier because she underwent surgery on January 8, 2021, and her resulting leave caused unexpected burdens on her docket. At this late juncture I simply do not have sufficient time to review and comment on the JPTO that would allow me to respond in a meaningful way by tomorrow.

    Accordingly, we respectfully request a short adjournment of the JPTO deadline, to February 12, 2021, which is the same date other pre-trial submissions are due.

                                Respectfully,

                                COREY STARK PLLC

                                /s/

                                Corey Stark

cc:    Kirti Vaidya Reddy, Esq.

SO ORDERED:

_____
1/29/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE